IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DELROY FISCHER,<br><br>             Plaintiff,<br><br>vs.<br><br>ACCOUNTS RECEIVABLE SOLUTIONS, doing business as AR SOLUTIONS, INC., et al.,<br><br>             Defendants. | 4:17-CV-3067<br><br>ORDER |

The parties in this case have resolved their claims. Accordingly,

IT IS ORDERED:

1. On or before June 5, 2018, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

2. This case is removed from the Court's trial docket.

3. Absent compliance with this order, this case (including counterclaims and the like) may be dismissed without further notice.

4. The Clerk of the Court shall set a dismissal papers deadline of June 5, 2018.

Dated this 6th day of April, 2018.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge