IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DELROY FISCHER, | |
| Plaintiff, | 4:17-CV-3067 |
| vs. | |
| ACCOUNTS RECEIVABLE SOLUTIONS, and DOES 1-10, INCLUSIVE, | JUDGMENT |
| Defendants. | |

On the parties' Joint Stipulation for Dismissal with Prejudice (filing 21), the plaintiff's claims against the defendants are dismissed with prejudice, each party to bear its own costs.

Dated this 5th day of June, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge